UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS MARTIN, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>WARDEN BEAR, )<br>    Respondent. ) | Case No. CIV-15-682-D |

**ORDER**

On February 29, 2016, Petitioner, a state prisoner appearing pro se, filed a Rule 60(b) Motion [Doc. No. 16], requesting that this Court vacate its February 22, 2016 Order [Doc. No. 14] and Judgment [Doc. No. 15] dismissing this action without prejudice. Petitioner sought relief from judgment under Fed. R. Civ. P. 60(b). This Court denied Petitioner's Motion on March 8, 2016 [Doc. No. 17].

Petitioner has now filed a second Rule 60(b) Motion [Doc. No. 18], requesting that this Court reconsider its March 8, 2016 Order. In a motion for reconsideration, however, "[i]t is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Because Petitioner's current Motion presents only the same jurisdictional argument that he set forth in his previous Motion, this Court declines the invitation to revisit its Order and DENIES Petitioner's motion.

IT IS SO ORDERED this 22nd day of March, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE